No. 351. LARABEE FLOUR MILLS CO. *v.* FIRST NATIONAL BANK OF DUBLIN; and

No. 352. FIRST NATIONAL BANK OF ST. PETERSBURG ET AL. *v.* MIAMI. Argued November 8, 1933. Decided November 13, 1933. *Per Curiam:* The certificates are dismissed. *Baltimore & Ohio R. Co.* v. *Interstate Commerce Comm'n,* 215 U.S. 216, 221; *Waterville* v. *Van Slyke,* 116 U.S. 699, 703–704; *Jewell* v. *Knight,* 123 U.S. 426, 432, 433, 434; *Chicago B. & Q. Ry. Co.* v. *Williams,* 205 U.S. 444, 451, 454; *Hallowell* v. *United States,* 209 U.S. 101, 106, 107; *United States* v. *Mayer,* 235 U.S. 55, 66; *Biddle* v. *Luvisch,* 266 U.S. 173, 174, 175. *Messrs. C. C. Crockett, W. W. Larsen,* and *W. W. Larsen, Jr.,* were on the brief for Larabee Flour Mills Co. *Mr. Kenneth I. McKay,* with whom *Mr. Maynard Ramsey* was on the brief, for the First National Bank of Dublin and the First National Bank of St. Petersburg. *Mr. H. E. Hackney,* with whom *Mr. F. G. Awalt* and *George P. Barse* were on the brief, for the

Comptroller of the Currency. *Mr. C. I. Carey* for the City of Miami.